UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFERY JOSEPH JEFFERSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. C14-101-TSZ-BAT<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff appeals the denial of his applications for disability benefits. Dkt. 3. The parties stipulate the case should be reversed and remanded. Dkt. 20. The Court has considered the stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g) for a *de novo* hearing and further administrative proceedings. On remand, the Administrative Law Judge (ALJ) shall:

1) Reevaluate plaintiff's impairments during the entire period at issue, beginning with his alleged onset date of November 23, 2006;

2) Continue the sequential evaluation process as necessary; and

3) Further develop the record as necessary.

The parties further stipulate that plaintiff may submit additional evidence and arguments

REPORT AND RECOMMENDATION - 1

on remand, and that Mr. Jefferson is entitled to reasonable attorney fees, expenses, and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

Because the parties have stipulated the case be remanded as set forth above, the Court recommends that United States District Judge Thomas S. Zilly immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings as set forth above. A proposed order accompanies this Report and Recommendation.

DATED this 29th day of August, 2014.

BRIAN A. TSUCHIDA
United States Magistrate Judge