UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFERY JOSEPH JEFFERSON,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>   Defendant. | C14-101-TSZ-BAT<br><br>**ORDER** |

The Court, having considered the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, docket no. 21, concerning the parties' stipulated motion for remand, docket no. 20, **ORDERS**:

(1)   The Court ADOPTS the Report and Recommendation.

(2)   The Commissioner's decision is **REVERSED** and the case is **REMANDED** for further proceedings consistent with the Report and Recommendation.

(3)   The Clerk shall send copies of this Order to the parties.

Dated this 2nd day of September, 2014.

_____
THOMAS S. ZILLY
United States District Judge

ORDER - 1